JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APR 10 1990

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 832

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE DAVID P. LEWIS PRISONER RIGHTS LITIGATION

David P. Lewis v. David S. Owens, Jr., M.D. Pennsylvania,
C.A. No. 3:89-CV-1514
David P. Lewis v. Jeffrey A. Beard, et al., W.D. Pennsylvania,
C.A. No. 89-135 J
David P. Lewis v. Scott Soroko, W.D. Pennsylvania,
C.A. No. 89-830

ORDER DENYING TRANSFER*

This litigation presently consists of the three above-captioned actions pending in two districts as follows: two actions in the Western District of Pennsylvania and one action in the Middle District of Pennsylvania.[1/] Before the Panel is a motion pursuant to 28 U.S.C. §1407 by plaintiff in all the actions to transfer the actions "to the Judicial Panel on Multidistrict Litigation." All responding defendants oppose the motion.

On the basis of the papers filed,[2/] the Panel finds that the motion, insofar as it seeks transfer to the Panel in order to remedy the alleged failure of Pennsylvania district courts to grant proper relief to the plaintiff, must be denied as frivolous. The Panel has no authority under Section 1407 to assign pretrial proceedings to itself, and it is not a forum for parties dissatisfied with rulings entered in actions by district court judges.

Even if the Panel construes the present motion as a request to centralize the actions before an appropriate federal judicial district for coordinated or consolidated pretrial proceedings, the Panel still finds that transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Given the difference in defendants in each district, the different stages of proceedings in the actions, and the difference in underlying factual allegations in each action, we are not persuaded that any common questions that may exist are sufficient to warrant centralization in this docket.

---

\* Judge Louis H. Pollak took no part in the decision of this matter.

[1/] The motion originally before the Panel pertained to two additional actions, David P. Lewis v. David S. Owens, Jr., M.D. Pa., C.A. No. 3:89-CV-1514 and David P. Lewis v. David S. Owens, Jr., M.D. Pa., C.A. No. 3:89-CV-1468. Those two actions were dismissed as frivolous and without service on January 24 and 26, 1990, respectively. Accordingly, the question of transfer with respect to those two actions is moot. Subsequent to the filing of the Section 1407 motion, movant identified another action, David P. Lewis v. David S. Owens, Jr., et al., M.D. Pa., C.A. No. 3:90-CV-0303, as a potential tag-along action. In light of the Panel's disposition, consideration of the question of transfer with respect to that action is also moot.

[2/] The parties waived oral argument and accordingly the question of transfer of these actions was submitted on the briefs. Rule 17, R.P.J.P.M.L., 120 F.R.D. 251, 262 (1988).

IT IS THEREFORE ORDERED that the motion under 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

*Andrew A. Caffrey*

Andrew A. Caffrey
Chairman